# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**STERLING AND WILSON SOLAR SOLUTIONS INC.,**

    **Plaintiff,**

    v.                        Case No. 19-CV-1154

**STEVE OSTRENGA,**

    **Defendant.**

## ORDER REMANDING TO MILWAUKEE COUNTY CIRCUIT COURT

This motion comes before the Court on the plaintiff's August 22, 2019 motion to remand this case to Milwaukee County Circuit Court. (Docket # 6.) The plaintiff asserts that this court lacks jurisdiction under 28 U.S.C. § 1441(b)(2) due to lack of diversity. (*Id.*) On August 22, 2019 I ordered the defendants, Aspen American Insurance Company and Steve Ostrenga, to respond to the motion to remand by no later than September 5, 2019. Aspen American Insurance Company was voluntarily dismissed on September 10, 2019. (Docket # 8.) Ostrenga has not responded to the motion to remand. The motion is therefore unopposed and it will be granted.

**IT IS ORDERED THAT** this case, number 19-CV-1154 in the U.S. District Court for the Eastern District of Wisconsin, be remanded to Milwaukee Court Circuit Court, case number 2019CV005626, without costs or fees to either party.

Dated at Milwaukee, Wisconsin this 26th day of September, 2019.

BY THE COURT:

*s/ Nancy Joseph*
NANCY JOSEPH
United States Magistrate Judge